## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **KIM FAIR**<br>      Plaintiff, | )<br>)<br>)<br>) |
| v. | )  Civil Action No. 1:16-cv-10328-RGS |
| **UNITED RECIEVABLES GROUP, LLC**<br>      Defendant, | )<br>)<br>)<br>) |

### NOTICE OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), the Plaintiff hereby voluntarily dismisses this action with prejudice and each party to bear their own costs and attorney fees.

Respectfully submitted,

KIM FAIR     .

By his attorneys     ,

CONSUMER RIGHTS LAW FIRM, PLLC

Dated: June 16, 2016

/s/ Kevin J. Buckley, Jr.
Kevin J. Buckley, Jr. Esquire (BBO 674594)
133 Main Street, 2nd Floor
North Andover, MA 01845
T: 978-212-3300
F: 888-712-4458
Attorneykevinb@consumelawfirmcenter.com

### CERTIFICATE OF SERVICE

I hereby certify that on this date, I filed the foregoing through the Court's electronic filing system ("ECF") and a copy of the filing will be electronically served through email on Defendant's Attorney.

Dated: June 16, 2016                                /s/ Kevin J. Buckley, Jr.
                                                                    Kevin J. Buckley, Jr. (BBO 674594)